*AMENDED* CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Anthony Damian Garcia** <br> DOB: 1998; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br><br> 25-12300MJ |

Complaint for violations of Title 18, United States Code, Sections 758 and 111(a)(1) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count One:** On or about October 26, 2025, at or near Amado, in the District of Arizona, **Anthony Damian Garcia**, did knowingly flee and evade an immigration checkpoint located on Interstate 19 operated by the United States Border Patrol, a federal law enforcement agency, in a motor vehicle, to wit: a white Toyota Sequoia and did flee from Federal, State or local law enforcement agents at speeds in excess of the legal speed limit; in violation of Title 18, United States Code, Section 758.

**Count Two:** On or about October 26, 2025, at or near Amado, in the District of Arizona, **Anthony Damian Garcia**, did intentionally and forcibly assault United States Border Patrol Agent E. E., an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Anthony Damian Garcia**, intentionally charged at said agent with a hammer, a deadly and dangerous weapon; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**Count Three:** On or about October 26, 2025, at or near Amado, in the District of Arizona, **Anthony Damian Garcia**, did intentionally and forcibly assault United States Border Patrol Agent J. Y, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Anthony Damian Garcia**, intentionally charged at said agent with a hammer, a deadly and dangerous weapon; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 26, 2025, at or near Amado, in the District of Arizona, United States Border Patrol Agent (BPA) E. E. was working at the United States Border Patrol (BP) immigration checkpoint on northbound Interstate 19, near Amado, Arizona. At approximately 7:50 PM, a white Toyota Sequoia approached the primary inspection lanes at the immigration checkpoint at a high rate of speed, knocking over traffic cones. Pursuant to Arizona Department of Transportation regulations the speed limit decreases from 65 miles per hour to 25 miles per hour prior to entering primary inspection. Border Patrol Agents suspected the driver (later identified as **Anthony Damian**

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA *R. Arellano*  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.10.29 13:45:01 -07'00' <br> **Sworn to telephonically.** | SIGNATURE OF COMPLAINANT (official title) <br><br> KERRY WITHERSPOON Digitally signed by KERRY WITHERSPOON Date: 2025.10.29 14:29:45 -07'00' |
|---|---|
| | OFFICIAL TITLE <br><br> FBI SA Kerry Witherspoon |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Maria S. Aguilera* | DATE <br> October 29, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2

**GARCIA**) was impaired and directed him to the secondary area for further investigation. **GARCIA** initially complied but then accelerated abruptly and fled the checkpoint getting back onto Interstate 19 at a high rate of speed. Border Patrol Agents pursued the fleeing vehicle and attempted to initiate a traffic stop. Border Patrol Agent J. Y. was driving the Border Patrol vehicle with BPA E. E. as his passenger. At one point, **GARCIA** pulled over onto the shoulder of the highway, but then again abruptly sped away from the agents and continued to flee on Interstate 19 at a high rate of speed. During the pursuit, **GARCIA** drove the Toyota Sequoia at speeds reaching approximately 80 miles per hour on Interstate 19. The posted speed limit on Interstate 19 is 75 miles per hour.

Border Patrol Agent J. Y. attempted a second traffic stop of **GARCIA**. **GARCIA** eventually stopped on the shoulder of the highway. BPAs J. Y. and E. E. got out of their patrol vehicle to conduct a traffic stop. Body worn camera video shows that after **GARCIA** got out of his vehicle, he ignored BPA commands to stop and charged towards BPAs E. E. and J. Y. in a threatening manner while holding a hammer in his hand. As **GARCIA** neared the agents within approximately 5-10 feet, with the hammer in hand and while still ignoring their commands to stop, Border Patrol Agent E. E. fired his service-issued weapon at **GARCIA**, striking him. After **GARCIA** was shot, he made the spontaneous utterance: "shoot me again." He also uttered that he was high on meth.

Border Patrol Agents rendered medical aid to **GARCIA** until Emergency Medical Technicians arrived and took over. **GARCIA** uttered words to the effect of "don't resuscitate me." Neither BPAs E. E. nor J. Y. sustained physical injuries. **GARCIA** was airlifted to Banner University Medical Center in Tucson, Arizona. A hammer was retrieved from the crime scene.